IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSARIO DIAZ | ) | |
| | ) | |
| Plaintiff | ) | Case No. 15-C-3498 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Young B. Kim |
| MFD, INC. d/b/a AVENUE ALE HOUSE, | ) | |
| and FUAD BEKTASEVIC | ) | |
| | ) | |
| Defendants. | ) | |

## **AGREED MOTION FOR ENTRY OF A STIPULATED JUDGMENT AND FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Rosario Diaz ("Diaz"), and Defendants MFD, Inc. ("MFD") and Fuad Bektasevic ("Bektasevic") (collectively the "Parties") hereby move the Court for entry of a Stipulated Judgment and for an order dismissing the case without prejudice, to convert to prejudice on July 31, 2016, after Defendants have made a third and final payment to satisfy the Stipulated Judgment. A proposed Stipulated Judgment is attached as Exhibit 1. In support of their Motion, the Parties state:

1. On January 8, 2016, the parties entered into a Settlement Agreement (Exhibit 2) to resolve all claims asserted in this lawsuit.

2. Under the terms of the settlement, Defendants have agreed to have judgment entered in favor of Plaintiff and against them, jointly and severally, in the amount of $15,000.

3. Of this amount, Defendants have tendered payment of the first $5,000. The remaining $10,000 is payable in two installments, in March and July 2016.

4. Under the terms of the settlement, the Parties have agreed to seek dismissal of this action without prejudice to convert to prejudice seven months from now, after Plaintiff has received the final settlement payment.

5. In addition, Plaintiff has agreed to file documents with the court recording Defendants' satisfaction of the judgment once the final payment is made, as well as a motion to convert the dismissal from one without prejudice to one with prejudice. This will further ensure that the dismissal does not remain on the docket indefinitely as a dismissal without prejudice.

6. Wherefore, the parties respectfully request that the court (1) enter judgment in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $15,000; (2) dismiss the case without prejudice to convert to prejudice on July 31, 2016, unless a motion is filed before such date to vacate the dismissal.

Dated: January 8, 2016                Respectfully submitted,

/s Marni Willenson                    /s Richard D. Boonstra
Marni Willenson                       Richard D. Boonstra
Willenson Law, LLC                    Hoogendoorn & Talbot LLP
542 S. Dearborn St., Suite 610        122 South Michigan Ave., Ste. 2000
Chicago, IL 60605                     Chicago, IL 60603
312-546-4910; 312-508-5383 Fax        312-786-2250; 312-786-0708 Fax
marni@willensonlaw.com                rboonstra@htlaw.com

Attorney for Plaintiff                Attorney for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 8, 2016 she served a true and correct copy of the foregoing document on all counsel of record via the Court's Electronic Case Filing (ECF) System.


/s/ Marni Willenson
Attorney for Plaintiff