Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSARIO DIAZ | ) | |
| | ) | |
| Plaintiff | ) | Case No. 15-C-3498 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Young B. Kim |
| MFD, INC. d/b/a AVENUE ALE HOUSE, and FUAD BEKTASEVIC | ) ) ) | |
| Defendants. | ) | |

**<u>STIPULATED JUDGMENT ORDER</u>**

Defendants having agreed to the entry of judgment in Plaintiff's favor in the amount of $15,000 under the terms of a settlement agreement, the Court hereby enters judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $15,000.

DATED: January __, 2016

ENTERED:

_____
The Honorable Elaine E. Bucklo
United States District Court Judge