UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Rosario Diaz
       Plaintiff,

v.              Case No.: 1:15−cv−03498
              Honorable Elaine E. Bucklo

MFD, Inc., et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2016:

  MINUTE entry before the Honorable Elaine E. Bucklo: Agreed Motion for entry of a stipulated judgment and for dismissal without prejudice [20] is granted. By agreement of the parties, judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $15,000. The dismissal will convert to prejudice on 7/31/2016, unless a motion is filed before such date to vacate the dismissal. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.